FILED

04/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0223

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0223

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

KATELYN CRAFT,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 4, 2021, within which to prepare, file, and serve her opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 26 2021